**DENNIS J. WORTMAN, P.C.**
202 East Earll Drive, Suite 490
Phoenix, Arizona 85012
(602) 257-0101
Fax: (602) 279-5650

State Bar No. 002136
Attorney for Debtor
djwortman@azbar.org

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | **Chapter 13 Proceedings** |
| JEFFREY T. GRANDPREY and KATHRYN L. GRANDPREY, | **Case No. 2:08-bk-13739-GBN** |
| Debtor. | **Adversary No. 2:10-ap0-02118-GBN** |
| JEFFREY T. GRANDPREY and KATHRYN L. GRANDPREY, | |
| Plaintiff, | **COMPLAINT TO DETERMINE THE EXTENT OF A LIEN** |
| vs. | |
| JP MORGAN CHASE BANK | |
| Defendant. | |

**NOW COMES** the Debtors and Plaintiffs, JEFFREY T. GRANDPREY and KATHRYN L. GRANDPREY, ("Debtors" and/or "Plaintiffs") by and through their undersigned attorney, and for their Complaint to determine the extent of the lien of JPMORGAN CHASE BANK, N.A., ("Defendant") states as follows:

**JURISDICTION**

1. This is an adversary proceeding brought pursuant to Federal Rule of Bankruptcy Procedure ("Fed. R. Bank. P.") 7001(2).

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(a).

3. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B), (K), and (O).

4. Venue is proper in this district pursuant to 28 U.S.C. § 1409(a).

**GENERAL ALLEGATIONS**

5. Plaintiffs hereby restate and adopts the allegations contained in Paragraphs 1-4 as

though fully set forth herein.

6. On October 7, 2008, Debtors filed a voluntary petition for relief under Chapter 13, Title 11.

7. The Plaintiffs owns real property located at 2331 E. Joy Ranch Road, Phoenix, Arizona 85086 (hereinafter, "Real Property"). The property is Debtors residence.

8. On November 24, 2010, Debtors filed a Second Amended Chapter 13 Plan.

9. The Plan proposes to treat the Defendant's claim as a general unsecured claim.

10. According to Amended Schedule A filed by the Plaintiffs, the value of the Real Property is $199,500.00.

11. The Real Property is subject to a first priority lien arising out of a mortgage in the amount of $300,000.00 in favor of America's Servicing Company, Loan #1292005358 dated April 3, 2006, and recorded on April 11, 2006 (hereinafter "First Mortgage").

12. The Real Property is subject to a second lien arising out of a mortgage, in the amount of $59,405.44, in favor of JPMorgan Chase Bank, Loan #1009504275400022261 dated December 4, 2006, recorded on December 21, 2006 (hereinafter, "Second Mortgage").

13. The Defendant filed a secured Proof of Claim with the Court on February 23, 2009.

14. Section 506(a)(1) provides that "an allowed claim of a creditor secured by a lien on property in which the estate has an interest....is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property..., and is an unsecured claim to the extent that the value of such creditor's interest...is less than the amount of such allowed claim."

15. Section 506(d) provides that "to the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void..."

16. Based on the Debtors Schedules, the Defendant's claim is unsecured (value of Real Property is $199,500.00 less $300,000.00 ( First Mortgage) and the purported lien is no longer valid.

17. Section 1322 permits the wholly unsecured lien to be stripped from the Real Property.

**WHEREFORE,** the Plaintiffs respectfully request that this Honorable Court:

A. Determine that the value of the Real Property is insufficient to support the Defendant's secured claim;

B. Order the Defendant to release the mortgage secured by the Second Mortgage upon receipt of Debtors Chapter 13 discharge and completion of their Chapter 13 Plan and to promptly record a reconveyance of its Second Deed of trust against the Subject Property with the Maricopa County Recorder's Office;

C. Direct the Trustee that the Defendant's proof of claim for the Second Mortgage be treated, classified and allowed as a non-priority general unsecured claim under the Plan.

D. Other and further relief as the Court deems just and proper.

DATED this 24th day of November, 2010.

DENNIS J. WORTMAN, P.C.

By: /s/ Dennis J. Wortman
Dennis J. Wortman, Esq.
Attorney for Debtor(s)